UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMPLOYEE PAINTERS' TRUST,

    Plaintiff,

v.

JENNIFER JEAN GRENNAN, et al.,

    Defendants.

C18-254 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Default against Defendant Sean Casey Grennan having been entered by Order dated May 4, 2018, docket no. 9, and default against Defendant Jennifer Jean Grennan having been entered by Order dated May 4, 2018, docket no. 10, and over three months having elapsed since then without further activity in this case, Plaintiff is DIRECTED to file, within twenty-eight (28) days of the date of this Minute Order, either (i) a motion for default judgment, or (ii) a status report indicating why such motion cannot or will not be filed and whether this case may be dismissed without prejudice and without costs.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of August, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1