Hon. Thomas S. Zilly

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, | Case No.: 2:18-cv-00254-TSZ |
| Plaintiff, | **DEFAULT JUDGMENT** |
| vs. | |
| SEAN CASEY GRENNAN, an individual; and JENNIFER JEAN GRENNAN, | |
| Defendants. | |

Plaintiff has moved the Court for Default Judgment against Sean Casey Grennan and Jennifer Jean Grennan. The Court has reviewed Plaintiff's motion and concludes entry of default judgment is warranted.

## SUMMARY OF DEFAULT JUDGMENT

1. Judgment Creditors: Employee Painters' Trust
2. Judgment Debtors: Sean Casey Grennan; and Jennifer Jean Grennan
3. Principal: $ 2,363.69
4. Prejudgment Interest: 15.19
5. Attorney's Fees: 5,882.50
6. Costs: 807.11
7. Total Judgment: $ 9,068.49
8. Post-Judgment Interest: At the rate fixed under 28 U.S.C. § 1961
9. Attorneys for Judgment Creditors: Michael A. Urban, WSBA No. 20251
Sean W. McDonald, WSBA No. 48542
THE URBAN LAW FIRM

Order for Default Judgment
(Case No. 2:18-cv-00254-TSZ)

1

**THE URBAN LAW FIRM**
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiff*

Pursuant to Plaintiff's Motion for Default Judgment against Defendants Sean Casey Grennan and Jennifer Jean Grennan, and the Court having considered Plaintiff's motion and the Orders of Default, and otherwise being generally advised in the premises, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff's motion, docket no. 12, is GRANTED, and Plaintiff is awarded Default Judgment against Defendants as follows:

(1) for recovery of restitution of losses sustained by the Trust, plus the disgorgement of ill-gotten profits, against Sean Casey Grennan and Jennifer Jean Grennan in the amount of $2,363.69, plus pre-judgment interest in the amount of $15.19, for a total of $2,378.88;

(2) for Plaintiff's attorney's fees and costs against Defendants in the amount of $5,882.50 in attorney's fees and $807.11 for costs; and

(3) for post-judgment interest on the judgment at the rate fixed under 28 U.S.C. § 1961, which is 2.66% per annum.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this Order to all counsel of record and close the case.

Dated this 15th day of October, 2018.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

**THE URBAN LAW FIRM**
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiff*

Presented by:

**THE URBAN LAW FIRM**

By: *s/ Michael A. Urban*
Michael A. Urban, WSBA No. 20251
murban@theurbanlawfirm.com

By: *s/ Sean W. McDonald*
Sean W. McDonald, WSBA No. 48542
smcdonald@theurbanlawfirm.com

11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
*Counsel for Plaintiff*

**THE URBAN LAW FIRM**
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiff*