Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SEAN CASEY GRENNAN, an individual; and JENNIFER JEAN GRENNAN,<br><br>　　　　　Defendants. | Case No.: 2:18-cv-00254-TSZ<br><br>**NOTICE OF CHANGE OF ADDRESS** |

　　　　PLEASE TAKE NOTICE that effective immediately, The Urban Law Firm, attorneys for Plaintiff, has a new **physical and mailing address**:

THE URBAN LAW FIRM
Michael A. Urban, Esq., WSB #20251
321 Burnett Ave S, Ste 312
Renton, Washington 98057

Dated: November 8, 2023

**THE URBAN LAW FIRM**

　　*/s/ Michael A. Urban*
Michael A. Urban, Esq.
Washington State Bar No. 20251
321 Burnett Ave S, Ste 312
Renton, Washington 98057
*murban@theurbanlawfirm.com*
*Counsel for Plaintiff*

Notice of Change of Address
(Case No. 2:18-cv-00254-TSZ)

1

**THE URBAN LAW FIRM**
321 Burnett Ave S, Ste 312, Renton, Washington 98057
P. (702) 968-8087
F. (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2023, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered ECF participants.  In addition, I mailed one copy via first class mail, prepaid postage, to the following:

Mr. Sean Grennan
3921 223rd PL SE
Bothell, WA 98021

> */s/ April Denni*
> An Employee of **The Urban Law Firm**

Notice of Change of Address
(Case No. 2:18-cv-00254-TSZ)

2

**THE URBAN LAW FIRM**
321 Burnett Ave S, Ste 312, Renton, Washington 98057
P. (702) 968-8087
F. (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiff*